UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6348**

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B) **CR-FERGUSON**
18 U.S.C. § 2

**MAGISTRATE JUDGE
SNOW**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| KENNY GARDNER, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

From on or about September 28, 2000, through on or about October 10, 2000, in Broward County, in the Southern District of Florida, the defendant,

**KENNY GARDNER**,

did knowingly and intentionally possess with intent to distribute at least five (5) grams of a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code,



Sections 841(a)(1), (b)(1)(B) and Title 18, United States Code, Section 2.

                                                    A TRUE BILL:

                                                    FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

2

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| KENNY GARDNER _____ | **Superseding Case Information**: |

**Court Division**: (Select One)

    ___ Miami    ___ Key West
    _X_ FTL      ___ WPB ___FTP

New Defendant(s)     Yes ___ No ___
Number of New Defendants    ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) __no_____
    List language and/or dialect _____

4. This case will take __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)              (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | | ___ |
| II | 6 to 10 days | ___ | Minor | | ___ |
| III | 11 to 20 days | ___ | Misdem. | | ___ |
| IV | 21 to 60 days | ___ | Felony | | _X_ |
| V | 61 days and over | ___ | | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) __No__
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) ____No____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                _/s/ Kathleen Rice_
                KATHLEEN RICE
                ASSISTANT UNITED STATES ATTORNEY
                Florida Bar No. 100765

*Penalty Sheet(s) attached                                                    REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name** KENNY GARDNER    Case No. _____

================================    ==========================================

Count #: 1

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

21 U.S.C. §§ 841(a)(1), (b)(1)(B)

**Max. Penalty:**    5 YEARS' MANDATORY MINIMUM TO 40 YEARS' IMPRISONMENT; $2,000,000 FINE

==============================================================================
Count #:

**Max. Penalty:**
==============================================================================
Count #:

**Max. Penalty:**
==============================================================================
Count #:

**Max. Penalty:**
==============================================================================
Count #.

**Max. Penalty:**
==============================================================================
Count #:

**Max. Penalty:**
==============================================================================
==============================================================================

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

No: ___

# UNITED STATES DISTRICT COURT
Southern District of Florida
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

KENNY GARDNER

### INDICTMENT
21 USC § 841(a)(1)
21 USC § 841(b)(1)(B)
18 USC § 2

---

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* ___

*Bail, $* _____

_____
*Clerk*