# United States District Court

SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DEC 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

KENNY GARDNER

## WARRANT FOR ARREST

CASE NUMBER:

## 00-6348 CR-FERGUSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KENNY GARDNER__

and bring him or her forthwith to the nearest magistrate to answer a(n)

Name MAGISTRATE JUDGE
SNOW

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title __21__ United States Code, Section(s) __841(a)(1), (b)(1)(B)__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

_[signature]_
Issuing Officer

12/14/00 at Fort Lauderdale, Florida
Date and Location

_[signature]_
LURANA S. SNOW

Bail fixed at __PRETRIAL DETENTION requested__ by __MAGISTRATE JUDGE__
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

