UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6348-CR-FERGUSON/SNOW(s)

21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
vs.                             )
                                )
KENNY GARDNER,                  )
                                )
              Defendant.        )
_____)

FILED by ___ D.C.
INTAKE
JUN 2 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about September 28, 2000, in Broward County, in the Southern District of Florida, the defendant,

**KENNY GARDNER**,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).



## COUNT II

On or about October 4, 2000, in Broward County, in the Southern District of Florida, the defendant,

### KENNY GARDNER,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT III

On or about October 5, 2000, in Broward County, in the Southern District of Florida, the defendant,

### KENNY GARDNER,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT IV

On or about October 6, 2000, in Broward County, in the Southern District of Florida, the defendant,

### KENNY GARDNER,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT V

On or about October 10, 2000, in Broward County, in the Southern District of Florida, the defendant,

**KENNY GARDNER**,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

3

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. __00-6348-CR-FERGUSON/SNOW(s)__ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| KENNY GARDNER | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)     Yes ____   No _X_
Number of New Defendants ____
Total number of counts     _5_

____ Miami     ____ Key West
_X_ FTL         ____ WPB   ____FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) __no__
   List language and/or dialect _____

4. This case will take __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                      (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I   | 0 to 5 days    | _X_ | Petty    | ____ |
   | II  | 6 to 10 days   | ____ | Minor    | ____ |
   | III | 11 to 20 days  | ____ | Misdem.  | ____ |
   | IV  | 21 to 60 days  | ____ | Felony   | _X_ |
   | V   | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of __01/01__
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*[signature]*

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached                                                    REV.6/27/00

## PENALTY SHEET

**Defendant's Name** KENNY GARDNER          **Case No.**   00-6348-CR-FERGUSON/SNOW(s)

================================   =========================================

Count #: 1

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

21 U.S.C. § 841(a)(1)

**Max. Penalty:**   20 YEARS' IMPRISONMENT; $1,000,000 FINE
================================================================================
Count #: 2

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

21 U.S.C. § 841(a)(1)

**Max. Penalty:**   20 YEARS' IMPRISONMENT; $1,000,000 FINE
================================================================================
Count #: 3

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

21 U.S.C. § 841(a)(1)

**Max. Penalty:**   20 YEARS' IMPRISONMENT; $1,000,000 FINE
================================================================================
Count #: 4

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

21 U.S.C. § 841(a)(1)

**Max. Penalty:**   20 YEARS' IMPRISONMENT; $1,000,000 FINE
================================================================================
Count #: 5

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

21 U.S.C. § 841(a)(1)

**Max. Penalty:**   20 YEARS' IMPRISONMENT; $1,000,000 FINE
================================================================================
Count #:


**Max. Penalty:**
================================================================================
================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

No. FL 04611

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

v.

**KENNY GARDNER**

**INDICTMENT**
**21 USC § 841(a)(1)**

A true bill.

_____
*Foreperson*

Filed in open court this _____ *day,*

of _____ *A.D. 19* ____

_____
Bail $ _____ *Clerk*