# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

KENNY GARDNER

## WARRANT FOR ARREST

FILED by CASE NUMBER: 00-6348-CR-FERGUSON/SNOW(s)
INTAKE

JUN 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___KENNY GARDNER___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title 21 United States Code, Section(s) 841(a)(1)

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

_[signature]_
Issuing Officer

6/21/01 at Fort Lauderdale, Florida
Date and Location

_[signature]_ LURANA S. SNOW

Bail fixed at PRETRIAL DETENTION _Requested_ by MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest