UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6348-CR-FERGUSON

UNITED STATES OF AMERICA

    Plaintiff,

v.

KENNY GARDNER,

    Defendant.

_____/

NIGHT BOX
FILED

JUL 1 8 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. It appearing from the petition of the United States of America, that the defendant in the above case, KENNY GARDNER, confined in the Lawtey Correctional Institute, Lawtey, Florida, and that the case is set for an Initial Appearance as to said defendant at Ft. Lauderdale, Florida on Thursday, August 30, 2001 at 11:00 a.m., and that it is necessary for said defendant to be before this Court for said proceeding.

2. KENNY GARDNER, Department of Corrections Number 775436, is now confined in the Lawtey Correctional Institute, Lawtey, Florida.

3. It is necessary to have said defendant before this Court for an Initial Appearance.



**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said KENNY GARDNER and have subject before this Court at the time and place above specified, then and there as aforesaid; hold said defendant until the conclusion of his case, that is until discharged or sentenced; and upon completion of said proceedings to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said KENNY GARDNER into the custody of any United States Marshal for the aforesaid purpose.

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

                    By:       _____
                              KATHLEEN RICE
                              ASSISTANT UNITED STATES ATTORNEY


cc:    U.S. ATTORNEY (Rice)