UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6348-CR-FERGUSON



UNITED STATES OF AMERICA

Plaintiff,

v.

KENNY GARDNER,

Defendant.
_____/

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    ANY UNITED STATES MARSHAL, and
WARDEN, of the Walton Correctional Institute

1.    It appearing from the petition of the United States of America that KENNY

GARDNER, Department of Corrections Number 775436, a defendant in the above entitled case, is

confined in the Lawtey Correctional Institute, Lawtey, Florida, and that said case is set for an Initial

Appearance at the United States Federal Courthouse, 299 East Broward Boulevard, Ft. Lauderdale

Florida on August 30, 2001, and that it is necessary for the said defendant to be before this Court for

the said proceeding;

**NOW, THEREFORE,** this is to command you, any United States Marshal, that you

have the body of the said KENNY GARDNER, now in custody as aforesaid, under safe and secure

conduct, before this Court at 299 East Broward Boulevard, Ft. Lauderdale, Florida by or before

11:00 a.m., on August 30, 2001, for an Initial Appearance on the criminal charges pending against

subject in this cause,  hold said defendant until the conclusion of his case, that is until discharged



or sentenced; and upon completion of said proceedings that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of the Lawtey Correctional Institute, Lawtey, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said KENNY GARDNER for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Ft. Lauderdale, Florida, this ____ day of _____, 2001.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:    U.S. Attorney (Rice)
       U.S. Marshal (3 certified copies)
       Chief Probation Officer