## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: KENNY GARDNER (J)　　　　CASE NO: 00-6348-CR-FERGUSON (s)
AUSA: KATHLEEN RICE /Handfeld/　ATTY: _Daryl Wilcox_
AGENT: ___　　　　　　　　　　　　VIOL: 21:841(a)(1)
PROCEEDING: I/A ON SEALED SUPERSEDING INDICTMENT　　RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / (no)　　　COUNSEL APPOINTED: FPD
BOND SET @: 250,000 CSB w/ Nebbia　To be cosigned by:

FILED AUG 21 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAU.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Govt On terms m/ Unseal - Shantel Sworn for appt'mt g cnsl.

Parties reserve the right to revisit PTD issue

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 9-11 | 11 | BSS | |

DATE: 8/21/01　TIME: 11:00　FTL/LSS TAPE # 01 - 040　Begin: .39　End: 2.06