## United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

KENNY GARDNER

### WARRANT FOR ARREST

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer

# 00 - 6348 CR - FERGUSC:

YOU ARE HEREBY COMMANDED to arrest __KENNY GARDNER__

Name **MAGISTRATE JUDGE**
**SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title _21_ United States Code, Section(s) __841(a)(1), (b)(1)(B)__

**Clarence Maddox**
Name of Issuing Officer

_____(signature)_____
Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

12/14/00 at Fort Lauderdale, Florida
Date and Location

_____(signature)_____
LURANA S. SNOW

Bail fixed at __PRETRIAL DETENTION requested__ by __MAGISTRATE JUDGE__
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| **Detainer pick up from BSO** |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING |
|---|---|---|
| 12/14/00 | James A. Tassone, US Marshal S/District of FL | OFFICER _(signature)_ |
| DATE OF ARREST 8/21/01 | | John Walker, ASDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

15