AO 342 (Rev. 12/85) Warrant for Arrest      AUSA FSCE/SPECIAL AGENT SCHWARTZ (FBI)

# United States District Court

529230
597344

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

KENNY GARDNER

## WARRANT FOR ARREST

CASE NUMBER: 00-6348-CR-FERGUSON/SNOW(s)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KENNY GARDNER__

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

__Clarence Maddox__          __Court Administrator/Clerk of the Court__
Name of Issuing Officer        Title of Issuing Officer

_(signature)_                6/21/01 at Fort Lauderdale, Florida
Issuing Officer              Date and Location

                             _(signature)_
                             LURANA S. SNOW
Bail fixed at __PRETRIAL DETENTION__ _Requested_ by __MAGISTRATE JUDGE__
                                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

**Detainer pick up from BSO**

| DATE RECEIVED<br>6/21/01 | NAME AND TITLE OF ARRESTING OFFICER<br>**James A. Tassone, US Marshal**<br>S/District of FL | SIGNATURE OF ARRESTING OFFICER<br>_(signature)_<br>John Walker, ASDUSM |
|---|---|---|
| DATE OF ARREST<br>8/21/01 | | |

AO 442 (Rev. 12/85) Warrant f. Arrest