-cr-06348-MGC    Document 17    Entered on FLSD Docket 08/23/2001

FILED by
AUG 22 2001
CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF FLA FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55851-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-6348-CR-WDF
                              ) REPORT COMMENCING CRIMINAL
    -vs-                 ) ACTION
                              )
KENNY GARDNER )
        Defendant

*************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court     (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8-21-01      am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: WHCAP

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: 7-25-73

(6) Type of Charging Document: (check one)
    [ ] Indictment [ ] Complaint To be filed/Already filed
    Case#

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ]

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date: 8-21-01    (9) Arresting Officer:

(10) Agency: USMS    (11) Phone:

(12) Comments: