UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6348-CR-FERGUSON(s)

UNITED STATES OF AMERICA

vs

KENNY GARDNER

ARRAIGNMENT INFORMATION SHEET

FILED by ___ D.C.
AUG 21 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 21, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: _Custody_

                    _____

                    Telephone: _____

DEFENSE COUNSEL:    Name: _Federal Public Defender_

                    Address: _____

                    _____

                    Telephone: _____

BOND SET/CONTINUED:  $ _250,000 CSB w/Nebbia_

Bond hearing held: yes____  no _X_  Bond hearing set for_____

Dated this __21ST__ day of __AUGUST__, 2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_
    Deputy Clerk

Tape No. ___01-_046_____

cc: Copy for Judge
    U. S. Attorney