# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

OCT 30 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. __00-6348-CR-WDF__    Date: October 30, 2001

Clerk: __Deloris McIntosh__    Reporter: Anita LaRocca

USPO: _____    Interpreter: None

**UNITED STATES OF AMERICA vs.** KENNY GARDNER (J)

AUSA: Kathleen Rice

Defendant(s) Counsel: __Patrick Hunt, AFPD__

Defendant(s) Present_____ Not Present_____ In Custody_____

Reason for hearing: __CALENDAR CALL__

Result of hearing: *Defendant will plea*

Case Continued to: 11/16/01 Time: 2:00 P.M. *Change of Plea*