UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff(s)

vs.

KENNY GARDNER, (J)

Defendant(s).
_____/

Case No. 00-6348-CR-FERGUSON



### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a **CHANGE OF PLEA** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207B, Ft. Lauderdale, Florida 33301, on November 16, 2001 at 2:00 P.M.** Thirty (30) minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 30th day of October 2001.

DELORIS MCINTOSH
DEPUTY CLERK

copies provided:
Kathleen Rice, AUSA
Patrick Hunt, AFPD