UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6348-CR-FERGUSON



UNITED STATES OF AMERICA,    :

    Plaintiff,    :

    v.    :

KENNY GARDNER,    :

    Defendant.    :

_____:

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, Kenny Gardner, through counsel, respectfully moves for a continuance of his sentencing date from the currently scheduled date of January 25, 2002, to any date after February 4, 2002, and in support states as follows:

1. Defendant entered a guilty plea in this matter on November 16, 2001. At that time, sentencing was set for January 25, 2002.

2. Counsel is currently scheduled to be on annual leave on a vacation overseas on the scheduled sentencing date. Counsel will be returning on February 2, 2002, and will be available any time after that weekend for a sentencing hearing. Counsel anticipates being able to review the Presentence Investigation Report and file any necessary objections prior to leaving on vacation. In addition, Mr. Gardner is currently cooperating with law enforcement in an effort to earn a sentence reduction for substantial assistance. He is providing assistance in active investigations. Any additional time would be helpful to his efforts.

3. Counsel has spoken wityh Kathleen Rice, the Assistant United States Attorney handling this case for the government, who has advised that the government has no objection to the granting of the relief requested in this motion.

4. Mr. Gardner is currently incarcerated, but has no objection to the requested brief continuance.

WHEREFORE, the Defendant Kenny Gardner, through undersigned counsel, respectfully requests that the sentencing in this cause be continued until any date after February 4, 2002.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Patrick M. Hunt
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436/FAX 954/356-7556

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 26 day of December, 2001 to Kathleen Rice, United States Attorney's Office at 299 East Broward Blvd., Ft. Lauderdale, FL 33301.

_____
Patrick M. Hunt