UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6348-CR-FERGUSON

FILED by ___ D.C.

JAN 10 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,   :

      Plaintiff,   :

      v.   :

KENNY GARDNER,   :

      Defendant.   :

_____ :

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Continue Sentencing, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The sentencing in this matter is hereby reset as follows: _Feb. 8, 2002 at 11:00 a.m._

DONE AND ORDERED on this _10th_ day of ~~December, 2001~~ Jan., 2002 at Fort Lauderdale, Florida.

_____
UNITED STATES DISTRICT JUDGE
WILKIE D. FERGUSON, JR.

cc:   Patrick M. Hunt, AFPD
      Kathleen Rice, AUSA
      USPO