UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6348-CR-FERGUSON
MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,    :

        Plaintiff,    :

v.    :

KENNY GARDNER,    :

        Defendant.    :
_____ :



## MOTION FOR LEAVE TO WITHDRAW FROM FURTHER REPRESENTATION DUE TO CONFLICT OF INTEREST

The Federal Public Defender, through undersigned counsel, respectfully moves to withdraw from further representation in this matter, and in support states:

1. Defendant entered a guilty plea in this matter on November 16, 2001. Sentencing is currently set for February 8, 2002.

2. Mr. Gardner is currently cooperating with law enforcement in an effort to earn a sentence reduction for substantial assistance. He is providing assistance in active investigations. On January 14, 2002, counsel learned that as a part of that cooperation, Mr. Gardner will be providing information and testimony in a state case against another individual who is represented by the Federal Public Defender. Therefore a conflict of interest exists as to the continued representation of Mr. Gardner.

3. Counsel has spoken with Kathleen Rice, the Assistant United States Attorney handling this case for the government, who has advised that the government has no objection to the granting of the relief requested in this motion.

WHEREFORE, the Federal Public Defender, through undersigned counsel, respectfully asks the Court for leave to withdraw from further representation in this matter, and requests that an attorney from the CJA panel be appointed to represent Mr. Gardner.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Patrick M. Hunt
   Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436/FAX 954/356-7556

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed/delivered this 15th day of January, 2002 to Kathleen Rice, United States Attorney's Office at 299 East Broward Blvd., Ft. Lauderdale, FL 33301.

_____
Patrick M. Hunt