UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6348-CR-FERGUSON
MAGISTRATE JUDGE SNOW



UNITED STATES OF AMERICA,   :

        Plaintiff,   :

        v.   :

KENNY GARDNER,   :

        Defendant.   :

_____   :

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW

THIS CAUSE having come before the Court on the Defendant's Motion For Leave To Withdraw and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED** and the Federal Public Defender is relieved of further duties in this cause.  A separate order will be issued appointing substitute counsel for Mr. Gardner.

DONE AND ORDERED on this 18th day of January, 2002, at Fort Lauderdale, Florida.

_____
UNITED STATES DISTRICT/ ~~MAGISTRATE JUDGE~~

cc:   Patrick M. Hunt, AFPD
      Kathleen Rice, AUSA