

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 00-6348-CR-FERGUSON

KENNY GARDNER

        Defendant.

_____

## ORDER OF REFERENCE TO U.S. MAGISTRATE

Pursuant to 28 U.S.C. § 636 and Local Magistrates Rules 1-4, the following is referred to U.S. MAGISTRATE SNOW, for appointment of CJA counsel in light of the Public Defender's notice of conflict.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 28th day of January 2002.

        WILKIE D. FERGUSON, JR.
        UNITED STATES DISTRICT JUDGE

c:    U.S. Magistrate Snow
     Kathleen Rice, AUSA