

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.                    Case No. 00-6348-CR-FERGUSON

KENNY GARDNER(J)
        Defendant.
_____/

### ORDER ON MOTION FOR CONTINUANCE OF SENTENCING DATE

Upon consideration on the defendant's, KENNY GARDNER, Unopposed Motion to Continue Sentencing Date and being otherwise duly advised in the premises, it is hereupon

**ORDERED AND ADJUDGED** that the motion be and the same is hereby *GRANTED*.

**THE MATTER IS HEREBY RESET FOR SENTENCING ON FEBRUARY 22, 2002 at 11:00 A.M.**

**DONE and ORDERED** this 31st day of January 2002.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Kathleen Rice, AUSA
David Tarlow, Esq.,
Kito Bess, USPO

