SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6348-CR-WDF

FILED by _JM_ D.C.
FEB 22 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFENDANT KENNY GARDNER (J)             JUDGE   WILKIE D. FERGUSON JR.,

Deputy Clerk  DeLoRis McIntosh ~~Karen Gardner~~         DATE   February 22, 2002

Court Reporter  Anita LaRocca           USPO_____

AUSA   Kathleen Rice                    Deft's Counsel  David Tarlow, Esq.,

COUNTS DISMISSED_____

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

✓ Sentencing cont'd until 3/1/02 at 3:00 AM /(PM)

**JUDGMENT AND SENTENCE**

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | ___ | ___ | ___ |
| | ___ | ___ | ___ |
| | ___ | ___ | ___ |

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | ___ | ___ | ___ |
| | ___ | ___ | ___ |

Comments_____

SPECIAL CONDITIONS:_____

Assessment $_____          Fine $_____

Restitution /Other _____

_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____