SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAR 1 2002
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6348-CR-WDF

DEFENDANT KENNY GARDNER (J)   JUDGE   WILKIE D. FERGUSON JR.,

Deputy Clerk   Karen Gardner   DATE   March 1, 2002

Court Reporter   Kimberly Mesfun   USPO   Kito Bess

AUSA   Kathleen Rice   Deft's Counsel   David Tarlow, Esq.,

COUNTS DISMISSED   Remaining Counts.

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

(Imprisonment)   Years   Months   Counts
                          151     Count 4

(Supervised Release)
Probation        Years   Months   Counts
                  3

Comments: Report to USPO w/in 72 hrs upon release from B.O.P. for Supervised Release.

SPECIAL CONDITIONS: 1) Approved treatment program for Drug Abuse. 2) Search of Personal Property by U.S.P.O.; recommend 500 hr. treatment program.

Assessment $ 100.00   Fine $ 0

Restitution /Other _____

____ Remanded to the Custody of the U. S. Marshal Service   ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____