DEFENDANT: KENNY GARDNER
CASE NUMBER: 00-6348-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **151 MONTHS AS TO COUNT FOUR (4) OF THE INDICTMENT.**

The defendant is remanded to the custody of the United States Marshal.

Recommendation to the Bureau of Prisons that the Defendant participate in the 500-hour drug treatment program while incarcerated.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____8/28/02_____ to _____FCI Estill, S.C._____

at _____2pm_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal