UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6348-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA )
)
v. )
)
KENNY GARDNER, )
)
Defendant. )
_____ )



### GOVERNMENT'S MOTION TO TRANSFER CASE

**COMES NOW** the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully requests that the Court reassign the above-captioned matter from the late Honorable Wilkie D. Ferguson to another Honorable Court for resolution of the government's motion to reduce the sentence of Defendant Kenny Gardner, pursuant to Title 18, United States Code, Section 3553(e) and Federal Rule of Criminal Procedure 35.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
JULIA J. VAGLIENTI
ASSISTANT U.S. ATTORNEY
Court I.D. No. A5500485
500 E. Broward Blvd, Ste 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255, ext. 3509
Facsimile: (954) 356-7336



CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by United States Mail this 27 day of April, 2005, to: David Tarlow, Esq. 801 Brickell Avenue, Suite 1901, Miami, FL 33131.

JULIA VAGLIENTI
Assistant United States Attorney