UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6348-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

vs

KENNY GARDNER,

    Defendant(s)
_____/

FILED by ___ D.C.
MGC
AUG 18 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for Motion for Sentence Reduction on **Wednesday, August 31, 2005, at 11:00 a.m.**, before the Honorable MARCIA G. COOKE, United States District Judge, at 301 North Miami Avenue, Courtroom Six, Miami, Florida.

Dated: August 18, 2005.

CLARENCE G. MADDOX, II, CLERK

By: _____
Ivan Marchena
Deputy Clerk

cc:    Julia Vaglienti, AUSA
       David Tarlow, Esq.
       U.S. Pretrial Services

