UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6348-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

vs

KENNY GARDNER,

    Defendant(s)
_____/



FILED by ƗM D.C.
MGC
AUG 23 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for Motion for Sentence Reduction on **Wednesday, August 31, 2005, at *2:00 p.m.***, before the Honorable MARCIA G. COOKE, United States District Judge, at 301 North Miami Avenue, Courtroom Six, Miami, Florida.

Dated: August 23, 2005.

                                    CLARENCE G. MADDOX, II, CLERK

                                    By: _____
                                          Iván Marchena
                                          Deputy Clerk

cc:    Julia Vaglienti, AUSA
       David Tarlow, Esq.
       U.S. Pretrial Services