UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6348-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNY GARDNER,
Reg. No. 55851-004

    Defendant.
_____/



FILED by ___ D.C.
MGC
SEP - 6 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)

**THIS MATTER** came before the Court upon Government's Motion For Reduction Of Sentence Pursuant To Federal Rule Of Criminal Procedure 35(b), **(D.E. #45),** filed April 27, 2005 on the above captioned case in order to reflect defendant's substantial assistance in the prosecution of others. Having heard the arguments and for the reasons stated in open court, it is hereby

**ORDERED AND ADJUDGED as follows:**

1. The sentence in the Judgment in a Criminal Case imposed on March 4, 2002, committing the defendant to the custody of the United States Bureau of Prisons for a term of 151 Months is hereby REDUCED to eighty (80) Months as to count four of the indictment. The defendant is to receive all credit for time served.

2. All other remaining conditions in the Judgment in a Criminal Case, imposed on March 4, 2002, shall remain in full force and effect.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___6___ day of September, 2005.

                                                      _____
                                                    HONORABLE MARCIA G. COOKE
                                                    UNITED STATES DISTRICT JUDGE

cc: Julia Vaglienti, AUSA
David Tarlow, Esq
U.S. Marshals Service (3 certified copies)
U.S. Bureau of Prisons
U.S. Probation Office